No. 81. STATE OF LOUISIANA EX REL. THOMAS J. DUGGAN, ETC. *v.* A. W. CRANDELL, REGISTER OF THE STATE LAND OFFICE. Error to the Supreme Court of the State of Louisiana. Argued November 9, 1920. Decided November 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Spencer* v. *Duplan Silk Co.*, 191 U. S. 526, 530; *Hull* v. *Burr*, 234 U. S. 712, 720; *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Norton* v. *Whiteside*, 239 U. S. 144, 147. (2) *California Powder Works* v. *Davis*, 151 U. S. 389, 393; *Gaar, Scott & Co.* v. *Shannon*, 223 U. S. 468, 470; *Cuyahoga River Power Co.* v. *Northern Realty Co.*, 244 U. S. 300, 303; *Bilby* v. *Stewart*, 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird*, 248 U. S. 268, 271. *Mr. Henry H. Glassie*, with whom *Mr. W. J. Hennessy, Mr. W. O. Hart* and *Mr. Duane E. Fox* were on the brief, for plaintiff in error. *Mr. Paul A. Sompayrac*, with whom *Mr. L. E. Hall* was on the brief, for defendant in error.

---

No. 83. BENJAMIN BOND *v.* AUGUSTA E. WALTERS. Error to the Court of Appeals for the First Appellate District, Division One, State of California. Submitted November 8, 1920. Decided November 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Daniel N. Clark* and *Mr. Harry A. Hegarty* for plaintiff in error. *Mr. John W. Preston* and *Mr. John C. Brooke* for defendant in error.